IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TEVEIN WATSON,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-3051

Opinion filed September 28, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Tevein Watson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for belated appeal is denied on the merits.

ROBERTS, KELSEY, and JAY, JJ., CONCUR.